CECELIA LEBBY *v.* NEW BRITAIN CORPORATION
COUNSEL ET AL.
(AC 29423)

Bishop, DiPentima and Gruendel, Js.

Submitted on briefs October 15—officially released November 18, 2008

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* WORLD WRESTLING
ENTERTAINMENT, INC., ET AL.
(AC 29444)

Bishop, DiPentima and Gruendel, Js.

Submitted on briefs October 15—officially released November 18, 2008

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* OAK HILL SILVER FOX GROUP
HOME ET AL.
(AC 29463)

Bishop, DiPentima and Gruendel, Js.

Submitted on briefs October 15—officially released November 18, 2008

Per Curiam. The judgment is affirmed.